UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROYNELL TERRY HALL,

    Petitioner,

v.

CONNIE GIPSON, Warden,

    Respondent.

Case No. 13-cv-05290-JST (PR)

**ORDER OF DISMISSAL**

Petitioner, a state prisoner filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. In an Order dated January 27, 2014, after conducting a preliminary review of the petition, the Court found the record was unclear as to the nature of petitioner's prosecutorial misconduct claim. The Court also found the record was unclear as to whether petitioner's claims were exhausted for purposes of federal habeas corpus review. The Court dismissed the petition and granted petitioner thirty days to file an amended petition clarifying the nature of his prosecutorial misconduct claim. The Court also gave petitioner thirty days to decide whether he wanted to dismiss any unexhausted claims and go forward with only the exhausted ones, or dismiss the entire action and return to state court to exhaust all his claims before filing a new federal petition.

More than thirty days have passed, and petitioner has not filed an amended petition or otherwise communicated with the Court.

Accordingly, the instant action is DISMISSED without prejudice. The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: March 10, 2014

                                                    JON S. TIGAR
                                     United States District Judge